# Third District Court of Appeal

## State of Florida

Opinion filed February 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-849
Lower Tribunal No. 21-1162
_____

**E.J.J., A Juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Dawn Denaro, Judge.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before LOGUE, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  L.S. v. State, 346 So. 3d 42, 46 (Fla. 4th DCA 2022) (quoting § 985.433(4)(c), Fla. Stat. (2021)) (holding trial court did not commit fundamental error when it did not inquire "about a juvenile's 'feelings about the offense committed, the harm caused to the victim or others, and what penalty he or she should be required to pay for such transgression,'" as required by statute, where juvenile was not denied opportunity to be heard); cf. M.A.L. v. State, 110 So. 3d 493, 496 (Fla. 4th DCA 2013) (holding fundamental error where trial court wholly failed to give juvenile and her father an opportunity to comment on issue of disposition prior to court's determination); A.P. v. State, 666 So. 2d 211, 211 (Fla. 2d DCA 1995) (reversing and remanding adjudication of delinquency and disposition where juvenile's counsel notified court as to juvenile and his mother's presence, and "[t]he trial court refused to allow the child or his mother to speak").